UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

JEFFREY MARC SISKIND,                          CASE NO. 13-13096
                                                                   CHAPTER 11

         Debtor.
_____/

JEFFREY M. SISKIND,

         Plaintiff,
vs.

VAROUJAN KHOROZIAN a/k/a JAN
KHOROZIAN a/k/a JOHN KHOROZIAN
and
ANGELA KHOROZIAN a/k/a AIDA
KHOROZIAN a/k/a IDA KHOROZIAN,
and
TERESA SANTALUCIA,
and
BELMAR WINDS, INC.,

         Defendants.
_____/

## MOTION TO ABSTAIN OR DISMISS CASE

        Comes now the named Defendants, VAROURJAN KHOROZIAN, ANGELA KHOROZIAN, TERESA SANTALUCIA and BELMAR WINDS (collectively the "Defendants"), by and through undersigned counsel, and files this Motion to Abstain pursuant to 28 U.S.C. § 1334(c)(1), and state:

1. On July 6, 2017, the Plaintiff, JEFFREY SISKIND, filed a complaint against the Defendants for Intentional Infliction of Emotional Distress and for Referral of False Claim by U.S. Trustee to United States Attorney for Prosecution.

2. The complaint appears to combine two different causes of action. The first one is for the intentional infliction of emotional distress.

3. The intentional infliction of emotional distress is a tort action.

4. This court does not have jurisdiction to consider a tort action.

5. Further, the action is against parties in which this court does not have jurisdiction, namely, VAROURJAN KHOROZIAN, ANGELA KHOROZIAN, TERESA SANTALUCIA.

6. The Court may have jurisdiction over Belmar Winds because it filed a proof of claim in the Plaintiff's bankruptcy case, but the Court does not have jurisdiction over a tort action against Belmar Winds.

7. The Plaintiff's apparent second cause of action is for Referral of False Claim by U.S. Trustee to United States Attorney for Prosecution.

8. Referral of False Claim by U.S. Trustee to United States Attorney for Prosecution is not a cause of action for which relief may be granted.

9. The causes of action against the defendants in the Plaintiff's complaint meet the elements of abstention.

10. There is no independent basis for federal jurisdiction, other than § 1334(b); the Plaintiff's claims relate to the Plaintiff's case but do not arise under or arise in a case under title 11; the Defendants are entitled to a jury trial on the tort claim raised by the Plaintiff.

WHEREFORE the Defendants respectfully request that this Court either abstain from

hearing the adversary proceeding or dismiss the adversary complaint.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished was furnished electronically to Jeffrey Siskind, Esquire, jeffsiskind@msn.com this _31st_ day of July, 2017.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

                                              BRIAN K. MCMAHON, P.A.
                                              1401 Forum Way, 6th Floor
                                              West Palm Beach, FL 33401
                                              Tel (561)478-2500
                                              Fax (561)478-3111

                                              s/  Brian K. McMahon
                                              Brian McMahon
                                              FL Bar No. 853704